1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7534
7     Fax: (415) 436-7234

8  Attorneys for the United States of America

9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,       )    No. CR 06-0537 JSW
                                     )
14 |        Plaintiff,                )
                                     )
15 |        v.                        )
                                     )    **PETITION FOR WRIT OF HABEAS**
16 | RHONDA D. NELSON,               )    **CORPUS AD PROSEQUENDUM**
        a/k/a Rhonda Ryan,           )
17      a/k/a Rhonda Nelson Ryan,    )
                                     )
18 |        Defendant.                )
                                     )
19

20      To the Honorable Joseph C. Spero, United States Magistrate Judge for the United

21 States District Court for the Northern District of California:

22      The United States of America respectfully petitions the Court to issue a Writ of

23 Habeas Corpus Ad Prosequendum for the prisoner RHONDA D. NELSON.

24 //

25 //

26 //

27 //

28 //

WRIT AD PROSEQUENDUM
CR 06-0537 JSW                              1

1  The prisoner is required as the defendant in this matter before this Court.  Her place of
2  custody and jailor are set forth in the following writ.

3  DATED: August 2, 2006              Respectfully submitted,
4
                                      KEVIN V. RYAN
5                                     United States Attorney
6

7                                       /S/ Christina Hua
                                      CHRISTINA HUA
8                                     Assistant United States Attorney
9

10 **IT IS SO ORDERED.**

11 **DATED:**  August 9, 2006
12
13                                    _____
14                                    JOSEPH C. SPERO
                                      United States Magistrate Judge



WRIT AD PROSEQUENDUM
CR 06-0537 JSW                      2

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To: the United States Marshal for the Northern District of California; any of his |
| 3 | authorized deputies; and the Jailor, Warden or Sheriff of Michigan Department of |
| 4 | Corrections, Robert Scott Correctional Facility, 47500 Five Mile Road, Plymouth, MI |
| 5 | 48170: |
| 7 | **GREETINGS** |
| 8 | The prisoner RHONDA D. NELSON is now in custody in the above-referenced |
| 9 | institution.  She is required to appear on criminal charges now pending against her in the |
| 10 | United States District Court for the Northern District of California, 450 Golden Gate |
| 11 | Avenue, San Francisco, California 94102.  Accordingly, |
| 12 | WE COMMAND that you produce the prisoner in this Court FORTHWITH.  You |
| 13 | shall bring her before the Magistrate Judge who is on duty when the prisoner is |
| 14 | produced.  You shall produce the prisoner at all times necessary until the termination of |
| 15 | the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the |
| 16 | above-referenced institution, or abide by whatever further order the Court may make |
| 17 | concerning her custody. |
| 18 | WE FURTHER COMMAND that if the prisoner is to be released from custody in |
| 19 | the above-referenced institution, she be IMMEDIATELY delivered to the United States |
| 20 | Marshal or any of his authorized deputies under this writ. |
| 21 | WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the |
| 22 | United States District Court for the Northern District of California. |

Dated:  August 9, 2006

**CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Karen L. Hom
_____
**DEPUTY CLERK**

WRIT AD PROSEQUENDUM
CR 06-0537 JSW                     3