| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | CHRISTINA HUA (CSBN 185358)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7534 |
| 7 | FAX: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0537 JSW (NJV) |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| RHONDA NELSON,<br>  a/k/a Rhonda Ryan,<br>  a/k/a Rhonda Nelson Ryan, | ) | |
| Defendant. | ) | |

The defendants came before Magistrate Judge Nandor J. Vadas for Submission of Financial Affidavit and Detention Hearing on October 13, 2006. The matter was set over to December 7, 2006 before the Honorable Jeffrey S. White for the initial status hearing. The parties, including the defendant, agreed, and the Court found, that the time between October 13, 2006 and October 26, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). Defense attorney Josh Cohen requires time to review the discovery and otherwise prepare the case, and the parties agree that the continuance from October 13, 2006 to October 26, 2006 is reasonable time necessary for purposes of adequate preparation and continuity of defense counsel, taking into account the exercise of due diligence. The parties

STIPULATION AND [PROPOSED]
ORDER REGARDING EXCLUSION OF TIME      1

1  agree that the ends of justice are served by granting the requested continuance and outweigh the
2  best interest of the public and the defendants in a speedy trial.
3
4
5  DATED: 10/17/06                    /S/ Christina Hua
                                      CHRISTINA HUA
6                                     Assistant United States Attorney
7
8
   DATED: 10/17/06                    /S/ Josh Cohen
9                                     JOSH COHEN
                                      Counsel for Rhonda Nelson
10
11                                ORDER
12     For the foregoing reasons, and as stated on the record at the October 13, 2006 hearing in this
13  matter, the Court HEREBY ORDERS the period between October 13, 2006 and October 26,
14  2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections
15  3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance
16  would unreasonably deny defense counsel the reasonable time necessary for effective preparation
17  and continuity of counsel, taking into account due diligence by defense counsel.  The Court finds
18  that the ends of justice served by granting the requested continuance outweigh the best interest of
19  the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
20  IT IS SO ORDERED.
21
22  DATED:  10/23/06
                                      _____
23                                    NANDOR J. VADAS
                                      United States Magistrate Judge
24
25
26
27
28

STIPULATION AND [PROPOSED]
ORDER REGARDING EXCLUSION OF TIME     2