KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0537 JSW |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| RHONDA NELSON, ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court on October 25, 2006 and with the consent of the defendant Rhonda Nelson ("defendant"), the Court enters this order (1) setting the next court appearance for December 14 at 10:30 a..m. in front of this Court; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 25, 2006 to December 14, 2006. The parties agree, and the Court finds and holds, as follows:

/ / /

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0537 JSW]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until December 14, 2006 for a status conference is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 25, 2006 to December 14, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court (1) orders the next appearance in front of this Court on December 14, 2006 at 10:30 a.m. for a status conference; and (2) orders that the period from October 25, 2006 to December 14, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 10/25/06    /S/ Josh Cohen
Josh Cohen, Assistant Public Defender
Attorney for Rhonda Nelson

DATED: 10/31/06    /S/ Stacey P. Geis
Stacey P. Geis
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: November 21, 2006    _____
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0537 JSW]    -2-