1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant NELSON
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-06-0537 JSW
                                    )
12              Plaintiff,          )  DEFENDANT'S UNOPPOSED MOTION
                                    )  AND [PROPOSED] ORDER GRANTING
13      v.                          )  MOTION FOR COURT-ORDERED PHONE
                                    )  CALL FROM SANTA RITA COUNTY JAIL
14 RHONDA NELSON,                   )
                                    )
15              Defendant.          )
   _____)
16

17      Having entered a plea to bank fraud, defendant Rhonda Nelson is presently awaiting

18 sentencing at the Santa Rita County Jail in Dublin, California.  Now pending in Oakland County

19 Circuit Court in Pontiac, Michigan are child custody proceedings initiated by the father of Ms.

20 Nelson's twin daughters.  Ms. Nelson is informed and believes that her participation in those

21 proceedings is essential to protect her interest in retaining custodial rights upon her eventual

22 return home.  Attached as *Exhibit A* is a court order from Oakland County directing that Ms.

23 Nelson appear telephonically if possible.

24      Undersigned counsel has discussed this matter with the Inmate Services department at

25 Santa Rita.  Inmate Services has indicated that deputies will facilitate Ms. Nelson's telephonic

26 appearance at the next calling of the child custody matter at 8:30 AM Eastern Standard Time

1  (5:30 AM Pacific Standard Time) on February 20, 2007, upon receipt of a court order to that
2  effect.
3      Accordingly, Ms. Nelson respectfully requests that the Court enter an order directing that
4  Ms. Nelson be permitted to phone the Family Division of the Oakland County Circuit Court in
5  Pontiac, Michigan at 5:30 AM Pacific Standard Time on February 20, 2007 for purposes of
6  appearing telephonically in child custody proceedings before Chief Probate Judge Eugene Arthur
7  Moore in the matter of *Kirkwood v. Kirby*, case number 06-722237 DP.
8      The government does not oppose this motion.
9  Dated:  February 15, 2007

            Respectfully submitted,

            BARRY J. PORTMAN
            Federal Public Defender

            /S/
            JOSH COHEN
            Assistant Federal Public Defender

## ORDER

Accordingly, and for good cause shown, it is hereby ORDERED that officials at Santa Rita County Jail shall permit Rhonda Nelson, PFN # ULH922, to telephone the Family Division of the Oakland County Circuit Court in Pontiac, Michigan on February 20, 2007 at 5:30 AM Pacific Standard Time, and to participate by telephone in all proceedings at that time in the matter of *Kirkwood v. Kirby*, case number 06-722237 DP, before the Honorable Eugene Arthur Moore.  Ms. Nelson shall be permitted to receive a call from the Oakland County Circuit Court or, in the alternative, to dial the Court at (248) 858-8393, or at such other number as the Oakland County Circuit Court may direct.

    IT IS SO ORDERED.

Dated: February 15, 2007

                            _____
                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE