BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0537 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | |
| ) | |
| RHONDA NELSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Having entered a guilty plea to bank fraud, in violation of 18 U.S.C. § 1344, defendant Rhonda Nelson is scheduled to appear before the Court for sentencing on March 22, 2007.

Defense counsel is unavailable on the afternoon of March 22, 2007. Additionally, defense counsel is attempting to arrange for Ms. Nelson to resolve outstanding warrants in Marin County without having to return to Michigan, where she was serving a state sentence at the time she was transferred into federal custody on a writ of habeas corpus ad prosequendum. If Ms. Nelson is sentenced before these efforts are completed, multiple jurisdictions will have to expend significant resources transferring Ms. Nelson back and forth between Michigan and California.

Accordingly, the parties agree and stipulate that a short continuance in Ms. Nelson's sentencing date is appropriate. Government counsel is unavailable on March 29, 2007.

1  Accordingly, the parties agree and stipulate that the sentencing presently scheduled for March 22,
2  2007 should be continued to April 5, 2007, or as soon thereafter as this matter may be heard.
3      United States Probation Officer Lynne Richards has been notified of this stipulation and
4  has no objection to the requested continuance.
5      IT IS SO STIPULATED.

6  Dated: 3/7/07                    ____/s/_____
7                                    BARRY J. PORTMAN
                                  Federal Public Defender
                                  JOSH COHEN
8                                    Assistant Federal Public Defender

10  Dated: 3/7/07                    ____/s/_____
                                  SCOTT N. SCHOOLS
                                  United States Attorney
11                                    ROBIN HARRIS
                                  Assistant United States Attorney

13  **ORDER**

14      For the reasons stated and for good cause shown, it is hereby ORDERED that the
15  sentencing hearing presently scheduled for March 22, 2007 shall be continued to ~~April 5, 2007 at~~
16  ~~2:30 PM~~. April 12, 2007 at 2:30 p.m.
17      IT IS SO ORDERED.
18  Dated: March 8, 2007                _____
19                                    JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE