Case 3:06-cr-00537-JSW   Document 25   Filed 04/16/2007   Page 1 of 3

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0537 JSW |
| Plaintiff, ) | DEFENDANT'S UNOPPOSED MOTION AND [PROPOSED] ORDER GRANTING MOTION FOR COURT-ORDERED PHONE CALL FROM SANTA RITA COUNTY JAIL |
| v. ) | |
| RHONDA NELSON, ) | |
| Defendant. ) | |

Having entered a plea to bank fraud, defendant Rhonda Nelson is presently awaiting sentencing at the Santa Rita County Jail in Dublin, California. Now pending in Oakland County Circuit Court in Pontiac, Michigan are child custody proceedings initiated by the father of Ms. Nelson's twin daughters. Ms. Nelson is informed and believes that her participation in those proceedings is essential to protect her interest in retaining custodial rights upon her eventual return home. The court in Oakland County has directed Mr. Nelson to appear telephonically, if possible.

Undersigned counsel has discussed this matter with the Inmate Services department at Santa Rita. Inmate Services has indicated that deputies will facilitate Ms. Nelson's telephonic appearance at the next calling of the child custody matter at 8:30 AM Eastern Daylight Time

CR-06-0537 JSW; ORDER RE: TELEPHONE
CALL FROM SANTA RITA JAIL                   1

Case 3:06-cr-00537-JSW   Document 25   Filed 04/16/2007   Page 2 of 3

1  (5:30 AM Pacific Daylight Time) on April 19, 2007, upon receipt of a court order to that effect.

2  Accordingly, Ms. Nelson respectfully requests that the Court enter an order directing that

3  Ms. Nelson be permitted to phone the Family Division of the Oakland County Circuit Court in

4  Pontiac, Michigan at 5:30 AM Pacific Daylight Time on April 19, 2007 for purposes of

5  appearing telephonically in child custody proceedings before Chief Probate Judge Eugene Arthur

6  Moore in the matter of *Kirkwood v. Kirby*, case number 06-722237 DP.

7  The government does not oppose this motion.

8  Dated: April 16, 2007

9  Respectfully submitted,

10  BARRY J. PORTMAN
    Federal Public Defender

11  /s/

12  JOSH COHEN
13  Assistant Federal Public Defender

14  **ORDER**

15  _____Accordingly, and for good cause shown, it is hereby ORDERED that officials at Santa

16  Rita County Jail shall permit Rhonda Nelson, PFN # ULH922, to telephone the Family Division

17  of the Oakland County Circuit Court in Pontiac, Michigan on April 19, 2007 at 5:30 AM Pacific

18  Daylight Time, and to participate by telephone in all proceedings at that time in the

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26

CR-06-0537 JSW; ORDER RE: TELEPHONE
CALL FROM SANTA RITA JAIL                 2

Case 3:06-cr-00537-JSW   Document 25   Filed 04/16/2007   Page 3 of 3

1  matter of *Kirkwood v. Kirby*, case number 06-722237 DP, before the Honorable Eugene Arthur
2  Moore.  Ms. Nelson shall be permitted to receive a call from the Oakland County Circuit Court
3  or, in the alternative, to dial the Court at (248) 858-8393, or at such other number as the Oakland
4  County Circuit Court may direct.
5      IT IS SO ORDERED.
6  Dated:   APR 1 6 2007

                                                           JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE