1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant NELSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) No. CR-06-0537 JSW
                                   )
12 |           Plaintiff,          ) DEFENDANT'S UNOPPOSED MOTION
                                   ) AND [PROPOSED] ORDER GRANTING
13 |     v.                        ) MOTION FOR COURT-ORDERED PHONE
                                   ) CALL FROM SANTA RITA COUNTY JAIL
14 | RHONDA NELSON,                )
                                   )
15 |           Defendant.          )
   |_____)
16

17        Having been convicted of bank fraud and sentenced to a term in the custody of the Bureau

18 of Prisons, defendant Rhonda Nelson remains in the Santa Rita County Jail in Dublin, California

19 awaiting transfer to a Bureau of Prisons facility and/or return to Michigan on a writ of habeas

20 corpus ad prosequendum.  Still pending in Oakland County Circuit Court in Pontiac, Michigan

21 are child custody proceedings initiated by the father of Ms. Nelson's twin daughters.  Ms. Nelson

22 is informed and believes that her participation in those proceedings is essential to protect her

23 interest in retaining custodial rights upon her eventual return home.  The court in Oakland

24 County has directed Mr. Nelson to appear telephonically, if possible.

25        Undersigned counsel has discussed this matter with the Inmate Services department at

26 Santa Rita.  Inmate Services has indicated that deputies will facilitate Ms. Nelson's telephonic

CR-06-0537 JSW; ORDER RE: TELEPHONE
CALL FROM SANTA RITA JAIL                 1

1  appearance at the next calling of the child custody matter at 8:30 AM Eastern Daylight Time
2  (5:30 AM Pacific Daylight Time) on May 24, 2007, upon receipt of a court order to that effect.
3       Accordingly, Ms. Nelson respectfully requests that the Court enter an order directing that
4  Ms. Nelson be permitted to phone the Family Division of the Oakland County Circuit Court in
5  Pontiac, Michigan at 5:30 AM Pacific Daylight Time on May 24, 2007 for purposes of appearing
6  telephonically in child custody proceedings before Chief Probate Judge Eugene Arthur Moore in
7  the matter of *Kirkwood v. Kirby*, case number 06-722237 DP.
8       The government does not oppose this motion.
9  Dated: May 22, 2007

           Respectfully submitted,

           BARRY J. PORTMAN
           Federal Public Defender

           /s/

           JOSH COHEN
           Assistant Federal Public Defender

## ORDER

     Accordingly, and for good cause shown, it is hereby ORDERED that officials at Santa Rita County Jail shall permit Rhonda Nelson, PFN # ULH922, to telephone the Family Division of the Oakland County Circuit Court in Pontiac, Michigan on May 24, 2007 at 5:30 AM Pacific Daylight Time, and to participate by telephone in all proceedings at that time in the

///
///
///
///
///
///

1  matter of *Kirkwood v. Kirby*, case number 06-722237 DP, before the Honorable Eugene Arthur
2  Moore.  Ms. Nelson shall be permitted to receive a call from the Oakland County Circuit Court
3  or, in the alternative, to dial the Court at (248) 858-8393, or at such other number as the Oakland
4  County Circuit Court may direct.
5      IT IS SO ORDERED.
6  Dated: May 22, 2007

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE